Gordon H. BAKER, Jr., Appellant,

v.

Janette M. LOHMAN, Director of Department of Revenue, Respondent.

No. WD 54002.

Missouri Court of Appeals, Western District.

Nov. 18, 1997.

Jeffrey Scott Eastman, Gladstone, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Sp. Asst. Atty. Gen., Mo. Dept. of Revenue, Jefferson City, for respondent.

Before SPINDEN, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

Gordon H. Baker, Jr., appeals from the circuit court's judgment affirming the decision of Janette M. Lohman, director of the Department of Revenue, to suspend Baker's driving license for driving while intoxicated. We affirm. Rule 84.16(b).